

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2023

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Haji Najibullah, et al.*, 14 Cr. 401 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request a short extension of the Rule 12 motions briefing schedule, such that the Government's opposition to the defendant's Rule 12 motions, which is currently due on October 27, 2023, be due by November 10, 2023, and the defendant's reply, which is currently due on November 10, 2023, be due by December 1, 2023. This is the Government's first request for an extension of the Rule 12 motions briefing schedule. The Government respectfully submits that the proposed extension is necessary for the undersigned to finalize a response to the motions. The parties have conferred about the proposed extension and the defense consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    David W. Denton, Jr.
    Jacob H. Gutwillig
    David J. Robles
    Assistant United States Attorneys
    Tel: (212) 637-2494 / 2215 / 2550

```
Application GRANTED.  The deadline for the Government's opposition is
hereby ADJOURNED to November 10, 2023 and the defendant's reply is
hereby ADJOURNED to December 1, 2023.
```

SO ORDERED.

Dated:   October 20, 2023
         New York, New York

*Katherine Polk Failla*
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE